CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200,
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

EMILY A. PAPANIA (SBN: 325027)
eapapania@vorys.com
THOMAS N. MCCORMICK (SBN: 325537)
tnmccormick@vorys.com
VORYS, SATER, SEYMOUR AND PEASE LLP
4675 MacArthur Court, Suite 700
Newport Beach, CA 92660
Telephone: (949) 526-7905
Facsimile: (513) 852-7888
Attorneys for Defendant
Abercrombie & Fitch Stores, INC.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAIN LAMMEY,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>ABERCROMBIE & FITCH STORES, INC., an Ohio Corporation; and Does 1-10,<br><br>　　　Defendant. | Case: 2:20-CV-10493-SVW-RAO<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

1

Joint Stipulation for Dismissal			Case: 2:20-CV-10493-SVW-RAO

1  Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between
2  the parties hereto that this action may be dismissed without prejudice as to all
3  parties; subject to either party reopening the action if settlement is not
4  consummated within 60 days upon good cause shown from the filing date of
5  this Dismissal.

Dated: May 14, 2021            CENTER FOR DISABILITY ACCESS

By:/s/ Amanda Seabock
    Amanda Seabock
    Attorney for Plaintiff


Dated: May 14, 2021            VORYS, SATER, SEYMOUR AND
                               PEASE LLP

By: /s/ Emily A. Papania
    Emily A. Papania
    Attorneys for Defendant
    Abercrombie & Fitch Stores, INC.

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Emily A. Papania, counsel for Abercrombie & Fitch Stores, INC., and that I have obtained authorization to affix her electronic signature to this document.

Dated: May 14, 2021                CENTER FOR DISABILITY ACCESS

                                   By: /s/ Amanda Seabock
                                       Amanda Seabock
                                       Attorney for Plaintiff