CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200,
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

EMILY A. PAPANIA (SBN: 325027)
eapapania@vorys.com
THOMAS N. MCCORMICK (SBN: 325537)
tnmccormick@vorys.com
VORYS, SATER, SEYMOUR AND PEASE LLP
4675 MacArthur Court, Suite 700
Newport Beach, CA 92660
Telephone: (949) 526-7905
Facsimile: (513) 852-7888
Attorneys for Defendant
Abercrombie & Fitch Stores, INC.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAIN LAMMEY,<br><br>          Plaintiff,<br><br>     v.<br><br>ABERCROMBIE & FITCH STORES, INC., an Ohio Corporation; and Does 1-10,<br><br>          Defendant. | Case: 2:20-CV-10493-SVW-RAO<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

1

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.


Dated: June 30, 2021          CENTER FOR DISABILITY ACCESS

                              By:   /s/Amanda Seabock
                                    Amanda Seabock
                                    Attorney for Plaintiff


Dated: June 30, 2021          VORYS, SATER, SEYMOUR AND
                              PEASE LLP

                              By:   /s/Emily A. Papania
                                    Emily A. Papania
                                    Attorneys for Defendant
                                    Abercrombie & Fitch Stores, INC.

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Emily A. Papania, counsel for Abercrombie & Fitch Stores, INC., and that I have obtained authorization to affix her electronic signature to this document.

Dated: June 30, 2021            CENTER FOR DISABILITY ACCESS

                               By:    /s/Amanda Seabock
                                      Amanda Seabock
                                      Attorney for Plaintiff

3